**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1476**

---

SYLVIA E. MCRAE, individually and as Personal
Representative, Estate of Gladys R. Evans,

Plaintiff - Appellant,

versus

SAMUEL L. EVANS, III,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge.  (2:06-cv-03075-CWH)

---

Submitted:  October 31, 2007        Decided:  November 15, 2007

---

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sylvia E. McRae, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvia McRae appeals the district court's orders remanding her civil proceeding to state court and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>McRae v. Evans</u>, No. 2:06-cv-03075-CWH (D.S.C. May 15, 2007). We deny McRae's motion and supplemental motion to stay the state court proceedings, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>